# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FELICIA ORTEGA, also known as SISSY HERZOG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HARMONY HOMES, INC.,<br><br>　　　　　　Defendants. | 2:15-cv-00794-MMD-VCF<br><br>**ORDER** |

　　　Before the court is *Felicia Ortega vs. Harmony Homes, Inc.*, case number 2:15-cv-00794-MMD-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:30 p.m., August 3, 2015, in courtroom 3D. The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

　　　Dated this 16th day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE