**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FELICIA ORTEGA, | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-00794-MMD-VCF |
| vs. | ) ORDER |
| HARMONY HOMES, INC., | ) (Docket No. 19) |
| Defendant(s). | ) |

Pending before the Court is Defendant's motion to continue the early neutral evaluation session, currently scheduled for August 26, 2015. Docket No. 19. A response shall be filed no later than August 4, 2015, and any reply shall be filed no later than August 5, 2015.

IT IS SO ORDERED.

DATED: July 31, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge