# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| FELICIA ORTEGA, also known as SISSY HERZOG, <br><br>            Plaintiff, <br><br> vs. <br><br> HARMONY HOMES, INC., <br><br>          Defendants. | 2:15-cv-00794-MMD-VCF <br><br> **ORDER** |

Before the court is *Felicia Ortega vs. Harmony Homes, Inc.*, case number 2:15-cv-00794-MMD-VCF.  A discovery plan and scheduling order has been filed pursuant to LR 26-1. (#22).

IT IS HEREBY ORDERED that the discovery hearing scheduled for 2:30 p.m., August 3, 2015, is VACATED.

Dated this 31st day of July, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE