# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA ORTEGA, | |
|     Plaintiff(s), | Case No. 2:15-cv-00794-MMD-VCF |
| vs. | ORDER |
| HARMONY HOMES, INC., | (Docket No. 19) |
|     Defendant(s). | |

Pending before the Court is Defendant's motion to continue the early neutral evaluation session, currently scheduled for August 26, 2015. Docket No. 19. A response was due no later than August 4, 2015. Docket No. 22. To date, no response has been filed opposing the motion. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). The Court has also reviewed the motion and finds good cause for granting it.

Accordingly, Defendant's motion to continue the early neutral evaluation session (Docket No. 19) is hereby **GRANTED**. The early neutral evaluation session set for August 26, 2015, is hereby **VACATED**. In the event that the motion to dismiss or in the alternate motion for summary judgment (Docket No. 6) is not granted in full, the parties shall file a file a stipulation with a set of five mutually agreeable dates for the early neutral evaluation session within 14 days of the issuance of the order resolving the motion.

IT IS SO ORDERED.

DATED: August 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge